FREDERICK H. SMITH, JR., Respondent, v. HENRY J. CROOKER et al., Appellants.

Reported below, 14 App. Div. 245.
(Argued January 9, 1899; decided January 24, 1899.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 18, 1897, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

The motion was made upon the grounds that the judgment is not appealable; that the court has no jurisdiction to review it, and that the exceptions are frivolous.

84

*James A. Dennison* for motion.

*Charles K. Beekman* opposed.

Motion denied, with ten dollars costs.